211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: 09−52122−tjt
Chapter: 7

In Re: (NAME OF DEBTOR(S))
  Janak S Mehta                          Urvi Janak Mehta
  6533 E Jefferson Ave, 201J         6533 E Jefferson Ave, 201J
  Detroit, MI 48207                   Detroit, MI 48207

Social Security No.:
  xxx−xx−8033                           xxx−xx−0717

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

Bankruptcy Petition Cover Sheet Missing.

is defective as indicated:

- ☐ Acceptable Matrix
- ☐ Acceptable Matrix Not Uploaded
- ☐ Amendment Cover Sheet
- ☐ Amended Document
- ☐ Application for Waiver of Filing Fee
- ☑ Bankruptcy Petition Cover Sheet
- ☐ Bankruptcy Matter Civil Case Cover Sheet
- ☐ Brief
- ☐ Certificate of Exigent Circumstances − Credit Counseling Waiver
- ☐ Debtors Statement of Corporate Ownership
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11(d)(1)
- ☐ List of 20 Largest Unsecured Creditors
- ☐ Motion for Approval of Certificate of Exigent Circumstances
- ☐ Motion to Convert under 11 U.S.C. § 706(a) (Rule 9013)
- ☐ Notice of Objection to Claim
- ☐ Notice to Respondent
- ☐ Original Signature
- ☐ Proof of Service
- ☐ Proposed Order
- ☐ Reaffirmation Certification by Attorney for Debtor
- ☐ Statement of Corporate Ownership LBR 9013−5

A corrected/missing document is required within (8) eight days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the

Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 4/20/09

                                                BY THE COURT

                                                Katherine B. Gullo , Clerk of Court
                                                U.S. Bankruptcy Court