# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| Case No.: | 09-52122-TJT |
| Case Name: | MEHTA, JANAK S AND MEHTA, URVI JANAK |
| For the Period Ending: | 12/31/2009 |

| | |
|---|---|
| Trustee Name: | GENE R. KOHUT, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/18/2009 (f) |
| §341(a) Meeting Date: | 05/28/2009 |
| Claims Bar Date: | 12/02/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 3163 NORTH TANNER DR KINGMAN, AZ 86401 | $125,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | RESIDENCE: 6533 EAST JEFFERSON AVE # 201J, DETROIT,MI 48207 INCLUDES LOT FOR ONE CAR SPACE | $155,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | 4900 WEST OUTER DR DETROIT, MI 48235 | $0.00 | $0.00 | DA | $0.00 | FA |
| 4 | 18157 VAUGHAN DETROIT, MI 48219 | $0.00 | $0.00 | DA | $0.00 | FA |
| 5 | CASH ON HAND | $25.00 | $0.00 | DA | $0.00 | FA |
| 6 | DFCU SAVINGS & CHECKING ACCOUNTS P.O. BOX 6048 DEARBORN, MI 48121 | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | CHASE, CHECKING & SAVINGS ACCOUNT JP MORGAN CHASE BANK P.O. BOX 260180 BATON ROUGE, LA 70826-0180 | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | PREASY BUSINESS | $6,800.00 | $0.00 | DA | $0.00 | FA |
| 9 | FURNITURE | $750.00 | $0.00 | DA | $0.00 | FA |
| 10 | HOUSEHOLD GOODS | $100.00 | $0.00 | DA | $0.00 | FA |
| 11 | TELEVISION SET | $50.00 | $0.00 | DA | $0.00 | FA |
| 12 | VCR/ DVD | $20.00 | $0.00 | DA | $0.00 | FA |
| 13 | IPOD (2) | $100.00 | $0.00 | DA | $0.00 | FA |
| 14 | STEREO | $25.00 | $0.00 | DA | $0.00 | FA |
| 15 | DESKTOP COMPUTER | $50.00 | $0.00 | DA | $0.00 | FA |
| 16 | 2 LAPTOPS | $200.00 | $0.00 | DA | $0.00 | FA |
| 17 | CLOTHING | $400.00 | $0.00 | DA | $0.00 | FA |
| 18 | JEWELRY | $600.00 | $0.00 | DA | $0.00 | FA |
| 19 | (2) DIGITAL CAMERAS | $75.00 | $0.00 | DA | $0.00 | FA |
| 20 | 2 TERM LIFE | $0.00 | $0.00 | DA | $0.00 | FA |
| 21 | 2 WHOLE TERM | $0.00 | $0.00 | DA | $0.00 | FA |
| 22 | PRUDENTIAL FINANCIAL P.O. BOX 7390 PHILADELPHIA, PA 19176 | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 23 | PRUDENTIAL FINANCIAL P.O. BOX 7390 PHILDELPHIA, PA 19176 | $1,100.00 | $0.00 | DA | $0.00 | FA |
| 24 | PREASY.COM LLC 6533 EAST JEFFERSON AVE. #201J DETROIT, MI 48207 | $0.00 | $4,500.00 | | $600.00 | $3,900.00 |

Asset Notes:     Nonexempt Equity

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | |
|---|---|
| **Case No.:** | 09-52122-TJT |
| **Case Name:** | MEHTA, JANAK S AND MEHTA, URVI JANAK |
| **For the Period Ending:** | 12/31/2009 |

| | |
|---|---|
| **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
| **Date Filed (f) or Converted (c):** | 04/18/2009 (f) |
| **§341(a) Meeting Date:** | 05/28/2009 |
| **Claims Bar Date:** | 12/02/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 25 | PREASY.COM LLC 6533 EAST JEFFERSON AVE #201J DETROIT, MI 48207 | $0.00 | $0.00 | DA | $0.00 | FA |
| 26 | 2003 FORD ESCAPE | $6,000.00 | $0.00 | DA | $0.00 | FA |
| 27 | 2000 HONDA ACCORD | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 28 | PRINTER/ FAX | $75.00 | $0.00 | DA | $0.00 | FA |
| 29 | TRANSFER TO VAISHALI HOTANALLI | $750.00 | $750.00 | | $750.00 | FA |
| **Asset Notes:** | See SOFA #3b | | | | | |
| INT | INTEREST EARNED (u) | Unknown | Unknown | | $0.19 | Unknown |

| | | | | | |
|---|---|---|---|---|---|
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | | $301,620.00 | $5,250.00 | | $1,350.19      $3,900.00 |

**Major Activities affecting case closing:**
   Collecting payments

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 07/31/2011 | | /s/ GENE R. KOHUT, TRUSTEE |
| **Current Projected Date Of Final Report (TFR):** | 07/31/2011 | | GENE R. KOHUT, TRUSTEE |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-52122-TJT | **Trustee Name:** GENE R. KOHUT, TRUSTEE |

| | | | |
|---|---|---|---|
| **Case Name:** | MEHTA, JANAK S AND MEHTA, URVI JANAK | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | 54-6902039 | **Money Market Acct #:** | ******2122 |
| **Co-Debtor Taxpayer ID #:** | 54-6902040 | **Account Title:** | MMA |
| **For Period Beginning:** | 03/31/2009 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 12/31/2009 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2009 | (29) | VAISHALI HOTANALLI | TURNOVER | 1141-000 | $750.00 | | $750.00 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $750.03 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $750.06 |
| 10/12/2009 | (24) | PREASY COM LLC | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $1,050.06 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.04 | | $1,050.10 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.04 | | $1,050.14 |
| 12/07/2009 | (24) | JANAK S. MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $1,350.14 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.05 | | $1,350.19 |

| | | | |
|---|---|---|---|
| **TOTALS:** | $1,350.19 | $0.00 | $1,350.19 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $1,350.19 | $0.00 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $1,350.19 | $0.00 | |

**For the period of 03/31/2009 to 12/31/2009**

| | |
|---|---|
| Total Compensable Receipts: | $1,350.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,350.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 07/30/2009 to 12/31/2009**

| | |
|---|---|
| Total Compensable Receipts: | $1,350.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,350.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-52122-TJT | | Trustee Name: | GENE R. KOHUT, TRUSTEE |
|---|---|---|---|---|

Case Name: MEHTA, JANAK S AND MEHTA, URVI JANAK
Primary Taxpayer ID #: 54-6902039
Co-Debtor Taxpayer ID #: 54-6902040
For Period Beginning: 03/31/2009
For Period Ending: 12/31/2009

Bank Name: Sterling Bank
Money Market Acct #: ******2122
Account Title: MMA
Blanket bond (per case limit): $2,000,000.00
Separate bond (if applicable):

| 1 Transaction Date | 2 Check / Ref. # | 3 Paid to/ Received From | 4 Description of Transaction | Uniform Tran Code | 5 Deposit $ | 6 Disbursement $ | 7 Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,350.19 | $0.00 | $1,350.19 |

**For the period of 03/31/2009 to 12/31/2009**

| | |
|---|---|
| Total Compensable Receipts: | $1,350.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,350.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/18/2009 to 12/31/2009**

| | |
|---|---|
| Total Compensable Receipts: | $1,350.19 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,350.19 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |