# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | |
|---|---|---|---|
| **Case No.:** | 09-52122-TJT | **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
| **Case Name:** | MEHTA, JANAK S AND MEHTA, URVI JANAK | **Date Filed (f) or Converted (c):** | 04/18/2009 (f) |
| **For the Period Ending:** | 03/31/2011 | **§341(a) Meeting Date:** | 05/28/2009 |
| | | **Claims Bar Date:** | 12/02/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | 3163 NORTH TANNER DR KINGMAN, AZ 86401 | $125,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | RESIDENCE: 6533 EAST JEFFERSON AVE # 201J, DETROIT,MI 48207 INCLUDES LOT FOR ONE CAR SPACE | $155,000.00 | $0.00 | DA | $0.00 | FA |
| 3 | 4900 WEST OUTER DR DETROIT, MI 48235 | $0.00 | $0.00 | DA | $0.00 | FA |
| 4 | 18157 VAUGHAN DETROIT, MI 48219 | $0.00 | $0.00 | DA | $0.00 | FA |
| 5 | CASH ON HAND | $25.00 | $0.00 | DA | $0.00 | FA |
| 6 | DFCU SAVINGS & CHECKING ACCOUNTS P.O. BOX 6048 DEARBORN, MI 48121 | $0.00 | $0.00 | DA | $0.00 | FA |
| 7 | CHASE, CHECKING & SAVINGS ACCOUNT JP MORGAN CHASE BANK P.O. BOX 260180 BATON ROUGE, LA 70826-0180 | $0.00 | $0.00 | DA | $0.00 | FA |
| 8 | PREASY BUSINESS | $6,800.00 | $0.00 | DA | $0.00 | FA |
| 9 | FURNITURE | $750.00 | $0.00 | DA | $0.00 | FA |
| 10 | HOUSEHOLD GOODS | $100.00 | $0.00 | DA | $0.00 | FA |
| 11 | TELEVISION SET | $50.00 | $0.00 | DA | $0.00 | FA |
| 12 | VCR/ DVD | $20.00 | $0.00 | DA | $0.00 | FA |
| 13 | IPOD (2) | $100.00 | $0.00 | DA | $0.00 | FA |
| 14 | STEREO | $25.00 | $0.00 | DA | $0.00 | FA |
| 15 | DESKTOP COMPUTER | $50.00 | $0.00 | DA | $0.00 | FA |
| 16 | 2 LAPTOPS | $200.00 | $0.00 | DA | $0.00 | FA |
| 17 | CLOTHING | $400.00 | $0.00 | DA | $0.00 | FA |
| 18 | JEWELRY | $600.00 | $0.00 | DA | $0.00 | FA |
| 19 | (2) DIGITAL CAMERAS | $75.00 | $0.00 | DA | $0.00 | FA |
| 20 | 2 TERM LIFE | $0.00 | $0.00 | DA | $0.00 | FA |
| 21 | 2 WHOLE TERM | $0.00 | $0.00 | DA | $0.00 | FA |
| 22 | PRUDENTIAL FINANCIAL P.O. BOX 7390 PHILADELPHIA, PA 19176 | $1,500.00 | $0.00 | DA | $0.00 | FA |
| 23 | PRUDENTIAL FINANCIAL P.O. BOX 7390 PHILDELPHIA, PA 19176 | $1,100.00 | $0.00 | DA | $0.00 | FA |
| 24 | PREASY.COM LLC 6533 EAST JEFFERSON AVE. #201J DETROIT, MI 48207 | $0.00 | $4,500.00 | | $4,200.00 | $300.00 |

**Asset Notes:** Nonexempt Equity

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

**Case No.:** 09-52122-TJT
**Case Name:** MEHTA, JANAK S AND MEHTA, URVI JANAK
**For the Period Ending:** 03/31/2011

**Trustee Name:** GENE R. KOHUT, TRUSTEE
**Date Filed (f) or Converted (c):** 04/18/2009 (f)
**§341(a) Meeting Date:** 05/28/2009
**Claims Bar Date:** 12/02/2009

| 1 | | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | | | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 25 | PREASY.COM LLC 6533 EAST JEFFERSON AVE #201J DETROIT, MI 48207 | | $0.00 | $0.00 | DA | $0.00 | FA |
| 26 | 2003 FORD ESCAPE | | $6,000.00 | $0.00 | DA | $0.00 | FA |
| 27 | 2000 HONDA ACCORD | | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 28 | PRINTER/ FAX | | $75.00 | $0.00 | DA | $0.00 | FA |
| 29 | TRANSFER TO VAISHALI HOTANALLI | | $750.00 | $750.00 | | $750.00 | FA |
| **Asset Notes:** | See SOFA #3b | | | | | | |
| INT | INTEREST EARNED | (u) | Unknown | Unknown | | $2.35 | Unknown |

**TOTALS (Excluding unknown value)**

| | Petition/ Unscheduled Value | Estimated Net Value | | Sales/Funds Received | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| | **$301,620.00** | **$5,250.00** | | **$4,952.35** | **$300.00** |

**Major Activities affecting case closing:**
Collecting payments

**Initial Projected Date Of Final Report (TFR):** 07/31/2011
**Current Projected Date Of Final Report (TFR):** 07/31/2011

/s/ GENE R. KOHUT, TRUSTEE
GENE R. KOHUT, TRUSTEE

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No.** 09-52122-TJT
**Trustee Name:** GENE R. KOHUT, TRUSTEE
**Case Name:** MEHTA, JANAK S AND MEHTA, URVI JANAK
**Bank Name:** Sterling Bank
**Primary Taxpayer ID #:** 54-6902039
**Money Market Acct #:** ******2122
**Co-Debtor Taxpayer ID #:** 54-6902040
**Account Title:** MMA
**For Period Beginning:** 03/31/2010
**Blanket bond (per case limit):** $2,000,000.00
**For Period Ending:** 03/31/2011
**Separate bond (if applicable):**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/30/2009 | (29) | VAISHALI HOTANALLI | TURNOVER | 1141-000 | $750.00 | | $750.00 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.03 | | $750.03 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.03 | | $750.06 |
| 10/12/2009 | (24) | PREASY COM LLC | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $1,050.06 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.04 | | $1,050.10 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.04 | | $1,050.14 |
| 12/07/2009 | (24) | JANAK S. MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $1,350.14 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.05 | | $1,350.19 |
| 01/20/2010 | (24) | JANAK MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $1,650.19 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.06 | | $1,650.25 |
| 02/08/2010 | (24) | JANAK MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $1,950.25 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.07 | | $1,950.32 |
| 03/08/2010 | (24) | URVI MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $2,250.32 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,250.41 |
| 04/07/2010 | (24) | URVI J. MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $2,550.41 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.10 | | $2,550.51 |
| 05/11/2010 | (24) | URVI J. MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $2,850.51 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.12 | | $2,850.63 |
| 06/07/2010 | (24) | URVI MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $3,150.63 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $0.13 | | $3,150.76 |
| 07/15/2010 | (24) | URVI J MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $3,450.76 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.14 | | $3,450.90 |
| 08/09/2010 | (24) | URVI J MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $3,750.90 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.16 | | $3,751.06 |
| 09/09/2010 | (24) | URVI J MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $4,051.06 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.16 | | $4,051.22 |
| 10/11/2010 | (24) | URVI J MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $4,351.22 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.18 | | $4,351.40 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.18 | | $4,351.58 |
| 12/27/2010 | (24) | URVI J MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $4,651.58 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.19 | | $4,651.77 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.20 | | $4,651.97 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.18 | | $4,652.15 |
| 03/15/2011 | (24) | URVI MEHTA | NONEXEMPT EQUITY P/O 07/30/09 | 1149-000 | $300.00 | | $4,952.15 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.20 | | $4,952.35 |

**SUBTOTALS** $4,952.35 $0.00

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 09-52122-TJT | **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
| **Case Name:** | MEHTA, JANAK S AND MEHTA, URVI JANAK | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | 54-6902039 | **Money Market Acct #:** | ******2122 |
| **Co-Debtor Taxpayer ID #:** | 54-6902040 | **Account Title:** | MMA |
| **For Period Beginning:** | 03/31/2010 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/31/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $4,952.35 | $0.00 | $4,952.35 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,952.35 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,952.35 | $0.00 | |

| **For the period of 03/31/2010 to 03/31/2011** | | **For the entire history of the account between 07/30/2009 to 03/31/2011** | |
|---|---|---|---|
| Total Compensable Receipts: | $2,702.03 | Total Compensable Receipts: | $4,952.35 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,702.03 | Total Comp/Non Comp Receipts: | $4,952.35 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | |
|---|---|---|---|
| **Case No.** | 09-52122-TJT | **Trustee Name:** | GENE R. KOHUT, TRUSTEE |
| **Case Name:** | MEHTA, JANAK S AND MEHTA, URVI JANAK | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | 54-6902039 | **Money Market Acct #:** | ******2122 |
| **Co-Debtor Taxpayer ID #:** | 54-6902040 | **Account Title:** | MMA |
| **For Period Beginning:** | 03/31/2010 | **Blanket bond (per case limit):** | $2,000,000.00 |
| **For Period Ending:** | 03/31/2011 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,952.35 | $0.00 | $4,952.35 |

**For the period of 03/31/2010 to 03/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $2,702.03 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,702.03 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 04/18/2009 to 03/31/2011**

| | |
|---|---|
| Total Compensable Receipts: | $4,952.35 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,952.35 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |