**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**

In The Matter Of:                                    In Bankruptcy:

JANAK S MEHTA                                        Case No. 09-52122-TJT
URVI JANAK MEHTA                                     Chapter 7
                                                     Hon. THOMAS J. TUCKER

                Debtor(s).                    /

## CERTIFICATE OF DISTRIBUTION

Gene R. Kohut, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $5,252.68 and disbursed $0.00, leaving a balance on hand of $5,252.68, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| GENE R. KOHUT, TRUSTEE Fee P/O 07/31/11 | $1,275.27 | 100.00% | $1,275.27 |
| GENE R. KOHUT, TRUSTEE Expense P/O 07/31/11 | $75.00 | 100.00% | $75.00 |
| BERNARDI, RONAYNE & GLUSAC, P.C., Attorneys for Trustee Fees P/O 07/31/11 | $1,548.50 | 100.00% | $1,548.50 |
| BERNARDI, RONAYNE & GLUSAC, P.C., Attorneys for Trustee Expenses P/O 07/31/11 | $12.57 | 100.00% | $12.57 |
| | | **Subtotal:** | **$2,911.34** |

| | Unsecured Claims | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 2 | DISCOVER BANK | $4,714.83 | 1.29% | $60.92 |
| 3 | PYOD LLC its successors and assigns as assignee of | $8,953.39 | 1.29% | $115.67 |
| 4 | PYOD LLC its successors and assigns as assignee of | $12,541.25 | 1.29% | $162.02 |

| | | | | |
|---|---|---:|---:|---:|
| 5 | PYOD LLC its successors and assigns as assignee of | $8,582.38 | 1.29% | $110.88 |
| 6 | Office of the Wayne County Treasurer | $3,255.67 | 1.29% | $42.06 |
| 7 | Nelnet | $7,586.47 | 1.29% | $98.01 |
| 8 | Darren Findling | $2,500.00 | 1.29% | $32.30 |
| 9 | Credit First National Association | $811.17 | 1.29% | $10.48 |
| 10 | DFCU Financial Federal Credit Union | $707.70 | 1.29% | $9.14 |
| 11 | DFCU Financial Federal Credit Union | $1,024.39 | 1.29% | $13.23 |
| 12 | Chase Bank USA, N.A. | $3,195.15 | 1.29% | $41.28 |
| 13 | Chase Bank USA, N.A. | $8,130.89 | 1.29% | $105.04 |
| 14 | Chase Bank USA, N.A. | $7,246.14 | 1.29% | $93.61 |
| 15 | Chase Bank USA, N.A. | $14,185.95 | 1.29% | $183.27 |
| 16 | Chase Bank USA, N.A. | $3,668.62 | 1.29% | $47.40 |
| 17 | Chase Bank USA, N.A. | $11,173.90 | 1.29% | $144.36 |
| 18 | American Express Centurion Bank | $15,999.34 | 1.29% | $206.70 |
| 19 | American Express Centurion Bank | $4,509.71 | 1.29% | $58.26 |
| 20 | American Express Bank FSB | $398.35 | 1.29% | $5.15 |
| 21 | Chase Bank USA, N.A. | $206.95 | 1.29% | $2.67 |
| 22 | Lhr Inc | $3,338.55 | 1.29% | $43.13 |
| 23 | PRA Receivables Management, LLC | $11,608.99 | 1.29% | $149.98 |
| 24 | FIA CARD SERVICES, NA/BANK OF AMERICA | $17,604.46 | 1.29% | $227.44 |
| 25 | FIA CARD SERVICES, NA/BANK OF AMERICA | $9,816.54 | 1.29% | $126.82 |
| 26 | FIA CARD SERVICES, NA/BANK OF AMERICA | $3,978.60 | 1.29% | $51.40 |
| 27 | Recovery Management Systems Corporation | $15,489.91 | 1.29% | $200.12 |
| | | | **Subtotal:** | **$2,341.34** |

|  |  |
|---|---|
| **Total:** | **$5,252.68** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: September 12, 2011

/s/ GENE R. KOHUT [P47413]
Gene R. Kohut, Chapter 7 Trustee
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com