UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

In The Matter Of:                           In Bankruptcy:

JANAK S MEHTA                               Case No. 09-52122-TJT
URVI JANAK MEHTA                            Chapter 7
                                            Hon. THOMAS J. TUCKER
                Debtor(s)
_____/

## NOTICE OF UNDER $5.00 DIVIDEND

To the Clerk of the United States Bankruptcy Court:

The attached check in the amount of $2.67 represents the total sum of under $5.00 dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a). The names and addresses of the parties associated with these dividends are as follows:

| **Claimant** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| Chase Bank USA, NA<br>c/o Creditors Bankruptcy Services<br>PO Box 740933<br>Dallas, TX 75374 | 21 | $2.67 |

**Total: $2.67**

Respectfully Submitted,

/s/ Gene R. Kohut
21 Kercheval Avenue, Suite 285
Grosse Pointe Farms, MI 48236
Phone: (313) 886-9765
E-mail: ecftrustee@gktrustee.com
[P47413]

Dated: 09/12/2011